UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. C70-9213RSM |
| Plaintiffs, | Subproceeding No. 11-02 |
| v. | ORDER FOR ENTRY OF JUDGMENT |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

This matter is before the Court following remand from the Ninth Circuit Court of Appeals. Dkt. #280. The Ninth Circuit's memorandum decision ordered remand

for the purpose of entering judgment in favor of the Lummi Nation on the ground that the Lummi Nation U&A includes the entirety of the area contested in this subproceeding, e.g. the waters "northeasterly of a line running from Trial Island near Victoria, British Columbia, to Point Wilson on the westerly opening of Admiralty Inlet, bounded on the east by Admiralty Inlet and Whidbey Island, and bounded on the north by Rosario Strait, the San Juan Islands, and Haro Strait."

Dkt. #278 at 4. Accordingly, the Court VACATES its prior judgment (Dkt. #265, Dkt. #21,993 in Case No. C70-9213RSM) and ENTERS judgment consistent with the Ninth Circuit's decision.

Dated this 6th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1